NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUL 16 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 19-10399 |
| Plaintiff-Appellee, | 19-10401 |
| v. | D.C. Nos. |
| | 4:19-cr-50043-DCB-EJM-1 |
| RODULFO ROBLERO LOPEZ, AKA | 4:19-cr-00274-DCB-EJM-1 |
| Rodulfo Roblero, AKA Rodulofo Roblero, | |
| AKA Rudulfo Roblero-Lopez, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted July 14, 2020**

Before:     CANBY, FRIEDLAND, and R. NELSON, Circuit Judges.

In these consolidated appeals, Rodulfo Roblero Lopez appeals from his

guilty-plea conviction and 24-month sentence for reentry of a removed alien, in

violation of 8 U.S.C. § 1326, and the revocation of supervised release and

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

consecutive 8-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Roblero Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Roblero Lopez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Roblero Lopez waived his right to appeal his conviction, the revocation of supervised release, and his sentences. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waivers. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss these appeals. *See id*. at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**